784 A.2d 1243

IN THE MATTER OF CHARLES S. ADUBATO,
AN ATTORNEY AT LAW.

November 27, 2001.

## ORDER

**CHARLES S. ADUBATO** of **FREEHOLD,** who was admitted to the bar of this State in 1980, having pleaded guilty to one count of obtaining a controlled dangerous substance by fraud, in violation of *N.J.S.A.* 2C:35–13, and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), **CHARLES S. ADUBATO** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him, effective immediately and until the further Order of this Court; and it is further

ORDERED that **CHARLES S. ADUBATO** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **CHARLES S. ADUBATO** comply with *Rule* 1:20–20 dealing with suspended attorneys.